UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LLOYD,

        Plaintiff,

                                            Case No. 05-74251

v.                                      Hon. Gerald E. Rosen

                                            Magistrate Judge Virginia M. Morgan

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      March 29, 2007

PRESENT:  Honorable Gerald E. Rosen
                   United States District Judge

On April 7, 2006, Magistrate Judge Virginia M. Morgan issued a Report and

Recommendation ("R & R") recommending that the Court grant the Defendant

Commissioner of Social Security's motion for summary judgment and deny Plaintiff

Keith Lloyd's motion for summary judgment.  Plaintiff has not filed any objections to the

R & R.  Upon reviewing the R & R, the parties' motions, and the record as a whole, the

Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its

entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

April 7, 2006 Report and Recommendation is ADOPTED as the opinion of this Court.  IT

IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion

for summary judgment is GRANTED and Plaintiff's motion for summary judgment is

DENIED.

> s/Gerald E. Rosen
> Gerald E. Rosen
> United States District Judge

Dated:  March 29, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record
on March 29, 2007, by electronic and/or ordinary mail.

> s/LaShawn R. Saulsberry
> Case Manager